IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| **Plaintiff B**, **Plaintiff J**, **Plaintiff S**, and **Plaintiff V**, on behalf of themselves and all others similarly situated, <br><br>     Plaintiffs, <br><br> v. <br><br> **JOSEPH R. FRANCIS**; **MRA HOLDINGS, LLC**, a California limited liability company; **MANTRA FILMS INC.**, an Oklahoma corporation, d/b/a "Girls Gone Wild;" and **AERO FALCONS, LLC**, a Delaware limited liability company. <br><br>     Defendants. | Case No.  5:08cv79-RS-AK |

### PROTECTIVE ORDER GOVERNING "IDENTIFYING INFORMATION"

Before me is Plaintiffs' Motion for Agreed Protective Order (Doc. 85).  I find that Plaintiffs may maintain their anonymity.  This Protective Order is entered pursuant to Federal Rule of Procedure 26(c) according to the following terms and conditions:

1. <u>Identifying Information Defined</u>:  "Identifying Information" is all information which could identify the Plaintiffs in the above-captioned matter, including but not limited to any image, name, address, social security number, date of birth, phone number, email, school attended, workplace, race, family background, relatives, or any other identifying factor.

2. <u>Confidentiality of Identifying Information</u>:  All Identifying Information is to be kept strictly confidential and shall not be disseminated to the general public by any means, including but not limited to the internet.

3. <u>Sources Of Information</u>:  Identifying Information includes information from any source, whether currently in the possession of the parties to this suit or obtained from a third party, including any state or federal governmental agency, entity or body.

4. <u>Designation of Identifying Information:</u>  The parties must designate all Identifying Information contained in all documents or images whatever used or not used in or in preparation for this matter, whether in their own possession or received from others.  The designation of Identifying Information contained in documents or images shall be made by placing on the material in a manner which will not interfere with its legibility or image the words, "Identifying Information."

5. <u>Disclosure of Identifying Information</u>:  The parties shall not disclose or permit the disclosure of any Identifying Information except in the following circumstances:

   a. Disclosure of Identifying Information may be made to the parties or their employees who have direct responsibility for assisting in the preparation and trial of this suit and any appeal thereof.  Any employee to whom disclosure is made shall be advised of, shall become subject to, and shall agree in advance of disclosure to the terms of this Protective Order and shall execute the agreement attached as Exhibit A.

   b. Disclosure of Identifying Information may be made to consultants or experts ("Experts") employed by the parties to assist in the preparation and trial of this matter.  Prior to disclosure, the Expert must agree to be bound by the terms of this Protective Order and shall execute the agreement attached as Exhibit A.

   c. Disclosure of Identifying Information may be made to court officials involved in this matter, including court reporters and persons operating video recording equipment at deposition.  To the extent that such disclosure is made, the persons referred to in this subparagraph shall be advised of, shall become subject to, and shall agree in advance of disclosure to, the provisions of the Protective Order and shall execute the agreement attached as Exhibit A.

6. <u>Use of Identifying Information</u>:  All parties that use Identifying Information must use it in accordance with this Protective Order.  To the extent a party can redact documents or

images and/or otherwise make unobservable or unrecognizable any Identifying Information when using it in accordance with this Protective Order, it must do so.

      7.    <u>Submitting Identifying Information To The Court</u>:  If during or in connection with any motion, proceeding, or trial, any of the parties intends to offer into evidence any Identifying Information or documents, exhibits, testimony, or other materials that reveal any Identifying Information, moving counsel will inform opposing counsel not less than ten business days before the date set for the trial, motion or other proceeding.  The Identifying Information shall be submitted *in camera* and shall be sealed, and any other proceedings involving disclosure of the evidence shall be held *in camera*.

      8.    <u>Sanctions and Fees</u>:  Any of the parties who violates this Protective Order shall be liable for damages caused thereby and sanctioned in an amount to be determined by the Court.  In the event that judicial action is necessary to enforce the terms of this Protective Order, the prevailing party shall be entitled to reasonable attorneys' fees and costs.

**ORDERED** on January 13, 2009.

                                   <u>/S/ Richard Smoak</u>
                                   **RICHARD SMOAK**
                                   **UNITED STATES DISTRICT JUDGE**

**EXHIBIT A**
**CERTIFICATE AND AGREEMENT**

The undersigned, on oath, deposes and states as follows:

I, _____, do hereby acknowledge that I have been provided with a copy of the Protective Order governing the treatment of Identifying Information shown or given to me by, or received from, any source whatsoever, relating to or in connection with the case of *Plaintiff B, et al. v. Josesph R. Francis, et al.,* Case No. 5:08CV79-RS-AL, pending in the United States District Court for the Northern District of Florida, Panama City Division.

I have read and understand the Protective Order and I hereby acknowledge that I am bound by it and agreed to abide by it.

I further agree that I shall treat all Identifying Information in accordance with the terms of said Protective Order.

I further acknowledge that I may be held responsible for any failure on my part to comply with the provisions of the Protective Order, and agree to subject myself to the jurisdiction of the U. S. District Court for the Northern District of Florida Panama City Division for the purpose of enforcing the Protective Order.

I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct.

Executed this _____ day of _____, 200___ at _____, _____.

Signature: _____
Printed Name: _____
Title: _____
Organization: _____