IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**PLAINTIFF B, et al,**

    Plaintiff,

vs.                                          CASE NO. 5:08cv79-RS/AK

**JOSEPH FRANCIS, et al,**

    Defendants.

_____/

## O R D E R

Presently before the Court is Defendants' Motion for Enlargement of Time to respond to Plaintiff's Request for Admissions served on January 7, 2009. (Doc. 97). There has been no response in opposition to the motion, the time for response has expired, and the Court finds that the motion should be **GRANTED**.

**DONE AND ORDERED** this  _2nd_ day of March, 2009.

                                              _s/ A. KORNBLUM_
                                              **ALLAN KORNBLUM**
                                              **UNITED STATES MAGISTRATE JUDGE**