THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**PLAINTIFF B, et al,**

    Plaintiffs,

vs.                                                     CASE NO. 5:08cv79-RS/AK

**JOSEPH R. FRANCIS, et al,**

    Defendants.

_____/

## O R D E R

Presently before the Court in the above entitled action is the Affidavit of Fees and Expenses incurred by Plaintiffs in the filing of their Motion for Sanctions. (Doc. 86). Defendants have not filed objections to the amount sought by counsel ($2,088.00) and the amount appears to be reasonable and is sufficiently supported by a chart detailing how the time was spent and by whom.

Accordingly, it is

**ORDERED:**

Defendants shall remit to Plaintiffs counsel within fourteen days a check in the amount of $2,088.00.

**DONE AND ORDERED** this  _8th_  day of April, 2009.

                                        _s/ A. KORNBLUM_
                                        **ALLAN KORNBLUM**
                                        **UNITED STATES MAGISTRATE JUDGE**