**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

| | |
|---|---|
| PLAINTIFF B, PLAINTIFF J, PLAINTIFF S, and PLAINTIFF V, on behalf of themselves and all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs | ) ) ) Case No.: 5:08cv79/RS-AK |
| JOSEPH R. FRANCIS; MRA HOLDINGS, LLC, a California limited liability company; MANTRA FILMS, INC., an Oklahoma corporation (d/b/a "Girls Gone Wild"); and AERO FALCONS, LLC, a Delaware limited liability company, | ) ) ) ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF B'S MOTION FOR LEAVE
TO FILE UNDER SEAL THE VIDEO FOOTAGE TAKEN OF HER
BY DEFENDANTS' PERSONNEL**

Plaintiff B, by and through her undersigned counsel, moves this Court for leave to file under seal the video footage taken of her by Defendants' personnel and as grounds therefor states as follows:

1. Plaintiff B has filed a Motion for Protective Order that requests as relief an Order from this Court protecting her from watching any nude or sexually explicit portions of the video footage taken of her by Defendants' personnel (the "Footage"). To fully understand the circumstances surrounding Plaintiff B's request for relief, it is believed that this Court needs to view the contents of the Footage and thus, Plaintiff B requests that this Court allow the Footage to be filed under seal.

2. Filing the Footage under seal is justified for a number of reasons. It is sexually explicit for it shows Plaintiff B engaged in mutual masturbation, performing and receiving oral sex acts, heavy petting and sexual fondling. These are obviously private intimate details that should not be disclosed to the public. Moreover, since Plaintiff B was under the age of 18 at the time of the filming of the Footage, the Footage constitutes child pornography.

3. The Footage also contains "Identifying Information" as that phrase is defined in this Court's Protective Order Governing "Identifying Information" because it contains Plaintiff B's image. As such, the Footage should be sealed when it is filed.

4. Defendants suffer no prejudice by an Order that the Footage be filed under seal as they have their own copy of the Footage.

CERTIFICATE OF COUNSEL

The undersigned certifies that pursuant to Local Rule 7.1, he has conferred with counsel for the Defendants in a good faith effort to resolve by agreement the issues raised and has been advised Defendants have no objection to the relief sought in this Motion.

Respectfully submitted this 23rd day of September, 2009.

                                              s/D. Ross McCloy, Jr.
                                              D. Ross McCloy, Jr.
                                              Florida Bar No. 0262943
                                              Robert A. Fleming, III
                                              Florida Bar No. 0016534
                                              Harrison, Sale, McCloy, Duncan
                                              & Jackson, Chtd.
                                              Post Office Drawer 1579
                                              Panama City, FL 32402
                                              (850) 769-3434
                                              Fax: (850) 769-6121

Larry Selander
Thomas G. Dent
Rachael G. Pontikes
Duane Morris LLP
190 South LaSalle Street, Suite 3700
Chicago, IL 60603
(312) 499-6700
Fax: (312) 499-6701

and

Wayne A. Mack
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1000
Fax: (215) 979-1020

ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished by electronic mail through the Court's CM/ECF system to Frederick L. Bateman, Jr., Esq., Bateman Harden, P.A., Post Office Box 1454, Tallahassee, FL 32302-1454, this 23rd day of September, 2009.

s/D. Ross McCloy, Jr.
D. Ross McCloy, Jr.