IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION DIVISION

**PLAINTIFF B, et al,**

    **Plaintiff,**

**vs.**                                                   **CASE NO. 5:08cv79-RS/AK**

**JOSEPH R. FRANCIS, et al,**

    **Defendants.**

_____/

## O R D E R

Presently before the Court is Plaintiff's B's Motion for Leave to File Under Seal the Video Footage Taken of Her, which is unopposed. (Doc. 273). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and the footage shall be sealed when filed.

**DONE AND ORDERED** this __25th__ day of September, 2009.

                                                    _s/ A. KORNBLUM_
                                                    **ALLAN KORNBLUM**
                                                    **UNITED STATES MAGISTRATE JUDGE**