**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**PLAINTIFF B; PLAINTIFF J;
PLAINTIFF S; and PLAINTIFF V,**

    **Plaintiffs,**

vs.                     **CASE NO. 5:08-cv-79/RS-AK**

**JOSEPH R. FRANCIS; MRA HOLDINGS,
LLC; MANTRA FILMS, INC.; and AERO
FALCONS, LLC,**

    **Defendants.**

_____/

## ORDER

Before me is Plaintiffs' unopposed motion to continue the deposition of Defendant Francis (Doc. 278). The relief requested by Plaintiffs is **granted**. The deposition is rescheduled for October 5, 2009.

**ORDERED** on September 25, 2009.

                                       **/s/ Richard Smoak
                                       RICHARD SMOAK
                                       UNITED STATES DISTRICT JUDGE**