# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**PLAINTIFF B; PLAINTIFF J;**
**PLAINTIFF S; and PLAINTIFF V,**

    **Plaintiffs,**

**vs.**                                           **CASE NO. 5:08-cv-79/RS-AK**

**JOSEPH R. FRANCIS; MRA HOLDINGS,**
**LLC; MANTRA FILMS, INC.; and AERO**
**FALCONS, LLC,**

    **Defendants.**

_____/

## ORDER

Before me are Plaintiff's Motion for Default Judgment (Doc. 103),

Defendant's Response (Doc. 107), and Magistrate Judge Kornblum's Report and

Recommendation (Doc. 177).  I previously deferred ruling on this motion.  (Doc.

121).

At this time, a default judgment is too severe a sanction.  With a new trial

date in this case, and in light of the Order that the deposition of Defendant Francis

be repeated under the supervision of Judge Kornblum (Doc. 248), the motion is

denied.  However, it will be subject to reconsideration by me following the

deposition of Defendant Francis in the event that his misconduct in the first

deposition that gave rise to the Motion and Report and Recommendation occurs again.

Another reason that a default judgment is not warranted at this juncture is that, notwithstanding my admonition to counsel at a previous hearing, some of the blame lies with Defendant Francis' attorney.  Upon review of the video footage of the deposition, it appears that Francis' attorney was in no small part the cause of significant disruption, and his conduct may well have encouraged his client's behavior.

Plaintiff's Motion is **denied**, but will be subject to reconsideration after the deposition of Defendant Francis.

**ORDERED** on September 25, 2009.

<u>**/s/ Richard Smoak**</u>
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**