# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**Plaintiff B**, **Plaintiff J**, **Plaintiff S**, and **Plaintiff V**, )
on behalf of themselves and all others similarly )
situated, )
                )
          Plaintiffs, )
                )
     v. )    **Case No. 5:08cv79-RS-AK**
                )
**JOSEPH R. FRANCIS; MRA HOLDINGS, LLC,** )
a California limited liability company; **MANTRA** )
**FILMS INC.**, an Oklahoma corporation, d/b/a )
"Girls Gone Wild;" and **AERO FALCONS, LLC,** )
a Delaware limited liability company, )
                )
         Defendants. )

## <u>PLAINTIFF J'S ANSWERS TO DEFENDANTS' INTERROGATORIES</u>

Plaintiff J, for her answers to defendants' interrogatories, states as follows:

### <u>GENERAL STATEMENT</u>

Plaintiff J is proceeding anonymously. Answers provided herein that contain

"Identifying Information" as defined in the protective order entered in this matter per Court

Order of January 13, 2009 must be kept strictly confidential and shall not be disseminated to the

general public by any means, including, but not limited to the internet, as articulate in the Order.

### <u>GENERAL OBJECTIONS</u>

The General Objections apply to all or so many of the interrogatories that, for

convenience, they are set forth separately and not repeated after each interrogatory. The

assertion of the same, similar or additional objections or the provision of a partial answer in

response to an individual interrogatory does not waive any of Plaintiff's General Objections.



EXHIBIT
A

1.    Plaintiff J objects to the Interrogatories to the extent that they seek information protected by the attorney/client and/or the work product privilege.

2.    Plaintiff J objects to the Interrogatories to the extent that they seek confidential information.

3.    Plaintiff J objects to the Interrogatories to the extent they seek information that is irrelevant, immaterial and not reasonably calculated to lead to the discovery of admissible evidence.

4.    Plaintiff J objects to the Interrogatories to the extent the information sought is as readily available to the Defendants as to Plaintiff from third parties and/or public entities and agencies.

5.    Notwithstanding that Plaintiff J provides answers to these Interrogatories, Plaintiff J reserves the right to challenge the competency, relevancy, materiality and admissibility of, or to object on any grounds to the use of, information set forth herein in any subsequent proceeding or the trial of this or any other action.

6.    The answers and objections set forth herein are based upon information known or believed by Plaintiff J at the time of responding to the Interrogatories and will be subject to and will undergo further review and, if appropriate, revision.

## INTERROGATORIES

1.    Please identify your name, date of birth, Social Security Number, and any addresses where you have resided in the past ten (10) years.

**ANSWER:**    Plaintiff J is proceeding anonymously and states that Interrogatory No. 1 seeks Identifying Information and therefore the information is not being provided in this response, but will be provided to Defendants in a separate document.

2

2.    Please list every place of employment that you have been employed for the last ten (10) years. Please provide the complete name and address of each employer, and the dates of your employment.

**ANSWER:**    Plaintiff J is proceeding anonymously and states that Interrogatory No. 2

seeks Identifying Information and therefore the information is not being provided in this

response, but will be provided to Defendants in a separate letter to counsel.


3.    Please list every school you have attended, providing the complete addresses and telephone numbers for each school listed.

**ANSWER:**    Plaintiff J is proceeding anonymously and states that Interrogatory No. 3

seeks Identifying Information and therefore the information is not being provided in this

response, but will be provided to Defendants in a separate leter to counsel.


4.    Please list any person who you believe may have knowledge of the allegations contained in Plaintiffs' Amended Complaint, providing names, addresses, and telephone numbers for such individuals.

**ANSWER:**    Plaintiff J is proceeding anonymously and states that Interrogatory No. 4

seeks Identifying Information and therefore the information is not being provided in this

response, but will be provided to Defendants in a separate letter to counsel.   However, the

following individuals may have knowledge of the allegations contained in Plaintiffs' Amended

Complaint and do not diclose Identifying Information.


Mindi Hall
(address unknown)

Cameramen and unknown representatives, agents, officers and/or employees of Defendants.

5.    Please state the names and addresses of all eyewitnesses to the incident or occurrence, their relationship to you, and their interest in this lawsuit.

3

**ANSWER:**    Plaintiff J is proceeding anonymously and states that Interrogatory No. 5

seeks Identifying Information and therefore the information is not being provided in this

response, but will be provided to Defendants in a separate letter to counsel.    However, the

following individuals may have knowledge of the allegations contained in Plaintiffs' Amended

Complaint and do not diclose Identifying Information.

> Mindi Hall
> Address unknown
> (friend – has no interest in this lawsuit)
>
> Girls Gone Wild Cameramen – identities unknown
> (agents or representatives of defendants)

6.    If you have obtained a statement from any person not a party to this action, state:
(a) the name and present address of the person who gave the statement; (b) whether the statement
was oral or in writing and if in writing, attach a copy; (c) the date the statement was obtained; (d)
if such statement was oral, whether a recording was made, and if so, the nature of the recording
and the name and present address of the person who has custody of it; (e) if the statement was
written, whether it was signed by the person making it; (f) the name and address of the person
who obtained the statement; and (g) if the statement was oral, a detailed summary of its contents.

**ANSWER:**    Plaintiff J has not obtained any statements from any person not a party to

this action.

7.    Please state whether you have ever been charged or convicted of a crime.  If so,
please state the date you were charged and, if convicted, the date of conviction, the crime you
were charged with and its disposition.

**ANSWER:**    Plaintiff J was charged with failure to appear for an unknown scheduled

court appearance.

8.    Please list any lawsuits you have ever been a party two [sic] for the past ten (10)
years, providing the date, case number and a brief summary of the nature of the lawsuit.

DM1\1691756.2

**ANSWER:**    Plaintiff J has not been involved in any lawsuits for the past ten years other than this pending suit.

9.    Please list the title of every video and/or film that you claim documents footage of you relating to the allegations set forth in Plaintiffs' First Amended Complaint. As to each video, please state who, to your knowledge, created it, where and when it was filmed, and the custodian of the video or film.

**ANSWER:**    To the best of Plaintiff J's knowledge the only video that has footage of her is College Girls Exposed / Sexy Sorority Sweethearts created and filmed in 2000 in Panama City Beach and in the custody of Defendants, unknown Girls Gone Wild customers, and others.

10.    Please list any websites that you own/operate, including but not limited to, any Facebook pages you have created past or present, and any Myspace pages you have created past or present.

**ANSWER:**    Plaintiff J has a Myspace page.

11.    Identify all documents that you believe may relate to this action, and attach copies of each such document.

**ANSWER:**    Plaintiff J states that her medical records, the video tape College Girls Exposed / Sexy Sorority Sweethearts, and her statement given to the Bay County Sheriff may be relevant to this action, each of which has already been produced to Defendants.

12.    If any photographs, videotapes, audio tapes or other forms of electronic recording, sketches, reproductions, charts or maps were made with respect to anything that is relevant to the subject matter of the Amended Complaint, describe:  (a) the number of each; (b) what each shows or contains; (c) the date taken or made; (d) the names and addresses of the persons who made them; (e) in whose possession they are at present; and (f) if in your possession, attach a copy, or if not subject to convenient copying, state the location where inspection and copying may take place.

**ANSWER:**    Plaintiff J states that there are video tapes and/or dvds that were turned over by law enforcement and Mantra that are relevant to the subject matter of the Amended Complaint. These video tapes and/or dvd's are available for inspection and copying at the offices of Duane Morris LLP, 190 S. LaSalle St., Suite 3700, Chicago, IL.

13.    Please identify any relationship you may have with any of the Plaintiffs in the lawsuits described as *Panama City Does v. Francis*, Case No.: 5:03cv260-RS-WCS and *Brittany Pitts v. Joseph R. Francis, et al.*, Case No.: 5:07cv169-RS-EMT.

**ANSWER:**    Plaintiff J has no relationship to any of the Plaintiffs in the above described lawsuits.

14.    Please provide the names and addresses of each and every psychiatrist, physician, psychologist, therapist or other doctor or mental health care provider from whom you have sought treatment in the last ten (10) years.

**ANSWER:**  Plainitff J was treated by the following health care providers in the last ten years.

James McCready, M.D.
Gulf Coast Medical Center
P.O. Box 15309
Panama City, FL 32406

Kevin W. Kulow
Gulf Coast Medical Center
P.O. Box 15309
Panama City, FL 32406

Plaintiff J further states that her medical records have been produced to Defendants and any further information regarding treatment sought can be obtained from a review of the records.

15.    Have you been diagnosed with any mental illness or disorder within the last ten (10) years? If so, please state as to each diagnosis, the diagnosis, when it was diagnosed, and the name and address of the person who diagnosed you.

6

**ANSWER:**    Plaintiff J was diagnosed with depression in June of 2004, by Dr. James

McCready and again in 2007 by Dr. Conrad, Gulf County Health Department.  Plaintiff J further

states that her medical records have been produced to Defendants and any further information

regarding treatment sought can be obtained from a review of the records.

16.    Please state if you have appeared in any other videotapes or films other than those
at issue in this cause within the last ten (10) years.  As to each video or film, please describe its
contents and state when it was created, by whom it was created, and who has possession of the
videotape or film.

    **ANSWER:**    Plaintiff J has not appeared in any other videotape or film.

17.    Specifically, as to each and every Defendant, please state what each Defendant
did to "persuade, induce, entice or coerce" you to engage in sexually explicit conduct as alleged
in the Complaint?  Please identify what you did in response to each persuasion, inducement,
enticement or coercion?

    **ANSWER:**    Defendants' agents and representatives approached the automobile

Plaintiff J was riding in and would not leave her and her friends alone until they agreed to flash

for them.  Plaintiff J felt bullied and coerced in to flashing and did not believe they would leave

unless she flashed for them.

18.    Who are the "Production Personnel" to whom you refer to in the Amended
Complaint?

    **ANSWER:**    Plaintiff J does not know the identities of the "Production Personnel" but

states that she believes they were agents and representatives of Girls Gone Wild.

19.    What jobs did you lose as alleged in the Complaint?

**ANSWER:**    To the best of Plaintiff J's knowledge Plaintiff J has not lost any job as a result of her appearance in the Girls Gone Wild video.

20.    Who are Defendants' "unknown representatives" of whom you accuse of having engaged in tortuous or illegal conduct as alleged in the Amended Complaint?

**ANSWER:**    The identity of the "unknown representatives" of Defendants are unknown to Plaintiff J.

21.    What education opportunities did you lose as alleged in the Complaint?

**ANSWER:**    Plaintiff J dropped out of high school as a result of the embarrassment and humiliation she experienced when the Girls Gone Wild Video was released.  This had a direct effect on why she did not go on to attend a four year college or other higher education.

22.    What Defendants comprise the "enterprise" of which you complain in your assertion that Defendants violated state and federal RICO laws?

**ANSWER:**    All Defendants are believed to be members of the "enterprise".

23.    Who are the persons associated with the "enterprise" for purposes of establishing your claim that Defendants violated state and federal RICO laws?

**ANSWER:**    Joseph Francis and unknown representatives, agents and employees of Defendants.

DM1\1691756.2

_____

Plaintiff J


SUBSCRIBED and SWORN to before me this 13th day of May, 2009 by _____, who: _____ is personally known to me, or _____ has produced to me _____ as identification.


_____

Notary Public

PLAINTIFF J


By: _____

Larry Selander
Thomas G. Dent
Rachael G. Pontikes
Duane Morris LLP
190 South LaSalle Street, Suite 3700
Chicago, IL 60603
(312) 499-6700
Fax: (312) 499-6701

Wayne A. Mack
Duane Morris LLP
30 South 17th Street
Philadelphia, Pennsylvania  19103-4196
(215) 979-1000
Fax:  (215) 979-1020

DM1\1691756.2

and

D. Ross McCloy, Jr.
Robert A. Fleming
Harrison, Sale, McCloy,
    Duncan & Jackson, Chtd.
Florida Bar No. 0262943
Post Office Drawer 1579
Panama City, FL 32402
(850) 769-3434
Fax: (850) 769-6121

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 19, 2009, she caused a copy of the foregoing

**Plaintiff J's Answers to Defendants' Interrogatories** to be served by e-mail and by U.S. Mail

upon:

> Frederick L. Bateman, Jr.
> Bateman and Harden
> 401 E. Virginia Street
> Tallahassee, FL 32301

Rachael G. Pontikes

# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**Plaintiff B**, **Plaintiff J**, **Plaintiff S**, and **Plaintiff V**, )
on behalf of themselves and all others similarly )
situated, )
                                          )
                 Plaintiffs, )
                                          )
      v. )   **Case No.  5:08cv79-RS-AK**
                                          )
**JOSEPH R. FRANCIS**; **MRA HOLDINGS, LLC,** )
a California limited liability company; **MANTRA** )
**FILMS INC.**, an Oklahoma corporation, d/b/a )
"Girls Gone Wild;" and **AERO FALCONS, LLC**, )
a Delaware limited liability company, )
                                          )
             Defendants. )

## PLAINTIFF S'S ANSWERS TO DEFENDANTS' INTERROGATORIES

Plaintiff S, for her answers to defendants' interrogatories, states as follows:

## GENERAL STATEMENT

Plaintiff S is proceeding anonymously.  Answers provided herein that contain

"Identifying Information" as defined in the protective order entered in this matter must be kept

strictly confidential and shall not be disseminated to the general public by any means, including,

but not limited to the internet.

## GENERAL OBJECTIONS

The General Objections apply to all or so many of the interrogatories that, for

convenience, they are set forth separately and not repeated after each interrogatory.  The

assertion of the same, similar or additional objections or the provision of a partial answer in

response to an individual interrogatory does not waive any of Plaintiff's General Objections.



EXHIBIT

B

1.      Plaintiff S objects to the Interrogatories to the extent that they seek information protected by the attorney/client and/or the work product privilege.

2.      Plaintiff S objects to the Interrogatories to the extent that they seek confidential information.

3.      Plaintiff S objects to the Interrogatories to the extent they seek information that is irrelevant, immaterial and not reasonably calculated to lead to the discovery of admissible evidence.

4.      Plaintiff S objects to the Interrogatories to the extent the information sought is as readily available to the Defendants as to Plaintiff from third parties and/or public entities and agencies.

5.      Notwithstanding that Plaintiff S provides answers to these Interrogatories, Plaintiff S reserves the right to challenge the competency, relevancy, materiality and admissibility of, or to object on any grounds to the use of, information set forth herein in any subsequent proceeding or the trial of this or any other action.

6.      The answers and objections set forth herein are based upon information known or believed by Plaintiff S at the time of responding to the Interrogatories and will be subject to and will  undergo further review and, if appropriate, revision.

### INTERROGATORIES

1.      Please identify your name, date of birth, Social Security Number, and any addresses where you have resided in the past ten (10) years.

**ANSWER:**     Plaintiff S is proceeding anonymously and states that Interrogatory No. 1 seeks Identifying Information and therefore the information is not being provided in this response, but will be provided to Defendants in a separate letter to counsel.

DM1\1691750.2

2.    Please list every place of employment that you have been employed for the last ten (10) years.  Please provide the complete name and address of each employer, and the dates of your employment.

**ANSWER:**    Plaintiff S is proceeding anonymously and states that Interrogatory No. 2

seeks Identifying Information and therefore the information is not being provided in this

response, but will be provided to Defendants in a separate letter to counsel.

3.    Please list every school you have attended, providing the complete addresses and telephone numbers for each school listed.

**ANSWER:**    Plaintiff S is proceeding anonymously and states that Interrogatory No. 3

seeks Identifying Information and therefore the information is not being provided in this

response, but will be provided to Defendants in a separate letter to counsel.

4.    Please list any person who you believe may have knowledge of the allegations contained in Plaintiffs' Amended Complaint, providing names, addresses, and telephone numbers for such individuals.

**ANSWER:**    Plaintiff S is proceeding anonymously and states that Interrogatory No. 4

seeks Identifying Information and therefore the information is not being provided in this

response, but will be provided to Defendants in a separate letter to counsel.   However, the

following individuals may have knowledge of the allegations contained in Plaintiffs' Amended

Complaint and do not diclose Identifying Information.

> Mindi Hall
> (address unknown)
>
> Cameramen and unknown representatives, agents, officers and/or
> employees of  Defendants.

5.    Please state the names and addresses of all eyewitnesses to the incident or occurrence, their relationship to you, and their interest in this lawsuit.

3

DM1\1691750.2

**ANSWER:**    Plaintiff S is proceeding anonymously and states that Interrogatory No. 5

seeks Identifying Information and therefore the information is not being provided in this

response, but will be provided to Defendants in a separate letter to counsel.   However, the

following individuals may have knowledge of the allegations contained in Plaintiffs' Amended

Complaint and do not diclose Identifying Information.

> Mindi Hall
> Address unknown
> (friend – has no interest in this lawsuit)
>
> Girls Gone Wild Cameramen – identities unknown
> (agents or representatives of defendants)

6.    If you have obtained a statement from any person not a party to this action, state:
(a) the name and present address of the person who gave the statement; (b) whether the statement
was oral or in writing and if in writing, attach a copy; (c) the date the statement was obtained; (d)
if such statement was oral, whether a recording was made, and if so, the nature of the recording
and the name and present address of the person who has custody of it; (e) if the statement was
written, whether it was signed by the person making it; (f) the name and address of the person
who obtained the statement; and (g) if the statement was oral, a detailed summary of its contents.

**ANSWER:**    Plaintiff S has not obtained any statements from any person not a party to

this action.

7.    Please state whether you have ever been charged or convicted of a crime.  If so,
please state the date you were charged and, if convicted, the date of conviction, the crime you
were charged with and its disposition.

**ANSWER:**    Plaintiff S was charged with possession of prescription drugs and theft in

or around 2007.  Plaintiff S received a term of pretrial intervention for a period of 10 months for

both charges. Both of which were completed successfully.

8.    Please list any lawsuits you have ever been a party two [sic] for the past ten (10)
years, providing the date, case number and a brief summary of the nature of the lawsuit.

DM1\1691750.2

**ANSWER:**   Plaintiff S is proceeding anonymously and states that Interrogatory No. 8

seeks Identifying Information and therefore the information is not being provided in this

response, but will be provided to Defendants in a separate letter to counsel.

9.   Please list the title of every video and/or film that you claim documents footage of
you relating to the allegations set forth in Plaintiffs' First Amended Complaint. As to each
video, please state who, to your knowledge, created it, where and when it was filmed, and the
custodian of the video or film.

**ANSWER:**   To the best of Plaintiff S's knowledge the only video that has footage of

her is College Girls Exposed / Sexy Sorority Sweethearts created and filmed in 2000 in Panama

City Beach and in the custody of Defendants and unknown Girls Gone Wild customers.

10.   Please list any websites that you own/operate, including but not limited to, any
Facebook pages you have created past or present, and any Myspace pages you have created past
or present.

**ANSWER:**   Plaintiff S presently has a Myspace page.

11.   Identify all documents that you believe may relate to this action, and attach copies
of each such document.

**ANSWER:**   Plaintiff S states that the video tape College Girls Exposed / Sexy Sorority

Sweethearts, and her statement given to the Bay County Sheriff may be relevant to this action,

each of which has already been produced to Defendants.

12.   If any photographs, videotapes, audio tapes or other forms of electronic recording,
sketches, reproductions, charts or maps were made with respect to anything that is relevant to the
subject matter of the Amended Complaint, describe:  (a) the number of each; (b) what each
shows or contains; (c) the date taken or made; (d) the names and addresses of the persons who
made them; (e) in whose possession they are at present; and (f) if In your possession, attach a
copy, or if not subject to convenient copying, state the location where inspection and copying
may take place.

**ANSWER:**    Plaintiff S states that there are video tapes and/or dvds that were turned over by law enforcement and Mantra that are relevant to the subject matter of the Amended Complaint.  These video tapes and/or dvd's are available for inspection and copying at the offices of Duane Morris LLP, 190 S. LaSalle St., Suite 3700, Chicago, IL.

13.    Please identify any relationship you may have with any of the Plaintiffs in the lawsuits described as *Panama City Does v. Francis*, Case No.: 5:03cv260-RS-WCS and *Brittany Pitts v. Joseph R. Francis, et al.*, Case No.: 5:07cv169-RS-EMT.

**ANSWER:**    Plaintiff S has no relationship to any of the Plaintiffs in the above described lawsuits.

14.    Please provide the names and addresses of each and every psychiatrist, physician, psychologist, therapist or other doctor or mental health care provider from whom you have sought treatment in the last ten (10) years.

**ANSWER:**    Plaintiff S saw a physician for depression in or around 2002 at the Health Plex Center in Panama City, Florida but does not recall the physician's name.

15.    Have you been diagnosed with any mental illness or disorder within the last ten (10) years?  If so, please state as to each diagnosis, the diagnosis, when it was diagnosed, and the name and address of the person who diagnosed you.

**ANSWER:**    Plaintiff S saw a physician for depression in or around 2002 at the Health Plex Center in Panama City, Florida but does not recall the physician's name.

16.    Please state if you have appeared in any other videotapes or films other than those at issue in this cause within the last ten (10) years.  As to each video or film, please describe its contents and state when it was created, by whom it was created, and who has possession of the videotape or film.

**ANSWER:**    Plaintiff S has not appeared in any other videotapes or films.

6

17.    Specifically, as to each and every Defendant, please state what each Defendant did to "persuade, induce, entice or coerce" you to engage in sexually explicit conduct as alleged in the Complaint?  Please identify what you did in response to each persuasion, inducement, enticement or coercion?

**ANSWER:**    Defendants' agents and representatives approached the automobile Plaintiff S was riding in and would not leave her and her friends alone until they agreed to flash for them.  Plaintiff S felt bullied and coerced into flashing and did not believe they would leave unless she flashed for them.

18.    Who are the "Production Personnel" to whom you refer to in the Amended Complaint?

**ANSWER:**    Plaintiff S does not know the identities of the "Production Personnel" but states that she believes they were agents and representatives of Girls Gone Wild.

19.    What jobs did you lose as alleged in the Complaint?

**ANSWER:**    To the best of Plaintiff S's knowledge Plaintiff S has not lost any job as a result of her appearance in the Girls Gone Wild video.

20.    Who are Defendants' "unknown representatives" of whom you accuse of having engaged in tortious or illegal conduct as alleged in the Amended Complaint?

**ANSWER:**    The identity of the "unknown representatives" of Defendants are unknown to Plaintiff S.

21.    What education opportunities did you lose as alleged in the Complaint?

7

**ANSWER:**    Plaintiff S dropped out of high school as a result of the embarrassment, humiliation and harrassment she experienced when the Girls Gone Wild Video was released. This had a direct effect on why she did not go on to attend a four year college or other higher education.

22.    What Defendants comprise the "enterprise" of which you complain in your assertion that Defendants violated state and federal RICO laws?

**ANSWER:**    All Defendants are believed to be members of the "enterprise".

23.    Who are the persons associated with the "enterprise" for purposes of establishing your claim that Defendants violated state and federal RICO laws?

**ANSWER:**    Joseph Francis and unknown representatives, agents and employees of Defendants.

_____

Plaintiff S


SUBSCRIBED and SWORN to before me this 13th day of May, 2009 by

who: _____ is personally known to me, or _____ has produced to me

_____ as identification.


_____

Notary Public

PLAINTIFF S


By: _____

Larry Selander
Thomas G. Dent
Rachael G. Pontikes
Duane Morris LLP
190 South LaSalle Street, Suite 3700
Chicago, IL 60603
(312) 499-6700
Fax: (312) 499-6701

Wayne A. Mack
Duane Morris LLP
30 South 17th Street
Philadelphia, Pennsylvania 19103-4196
(215) 979-1000
Fax: (215) 979-1020

9

DM1\1691750.2

and

D. Ross McCloy, Jr.
Robert A. Fleming
Harrison, Sale, McCloy,
   Duncan & Jackson, Chtd.
Florida Bar No. 0262943
Post Office Drawer 1579
Panama City, FL 32402
(850) 769-3434
Fax:  (850) 769-6121

ATTORNEYS FOR PLAINTIFFS

10

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 19, 2009, she caused a copy of the foregoing

**Plaintiff S's Answers to Defendants' Interrogatories** to be served by e-mail and by U.S. Mail

upon:

> Frederick L. Bateman, Jr.
> Bateman and Harden
> 401 E. Virginia Street
> Tallahassee, FL 32301

Rachael G. Pontikes

DM1\1691750.2