IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PLAINTIFF B,

Plaintiff,

vs.                                             CASE NO. 5:08CV79/RS-AK

JOSEPH R. FRANCIS; MRA HOLDINGS,
LLC; MANTRA FILMS, INC.; and
AERO FALCONS, LLC,

Defendants,
_____/

## MOTION TO WITHDRAW

Undersigned counsel, ALLEGRA KNOPF, pursuant to Rule 1.11(F)(1) of the Local Rules of the U.S. District Court for the Northern District of Florida, respectfully requests that this Court permit her to withdraw as counsel for Defendants Joseph R. Francis, MRA Holdings, LLC, Mantra Films, Inc., and Aero Falcons, LLC, in this matter.

As grounds therefore, undersigned counsel advises the Court that she has left the employ of Bateman Harden, LLP, which firm Defendants retained to represent them in this matter. Neither undersigned counsel in her individual capacity, nor the firm at which she is currently employed, have been retained by Defendants to represent them. Because this is a motion which does not require a supporting memorandum under Local Rule 7.1, no conference with other counsel is required. .

WHEREFORE, undersigned counsel respectfully requests that this Court grant this Motion to Withdraw, enter an order permitting Allegra Knopf to withdraw as counsel

of record in this matter, and order her removal from the Court's notification system in this matter.

       /s/ Allegra Knopf
Allegra Knopf, Esquire
Florida Bar No.: 0307660
Walton Lantaff Schroeder & Carson LLP
2074 Centre Pointe Blvd., Suite 100
Tallahassee, FL 32308
Tel:   (850) 701-1781
Fax:   (850) 701-1786

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2009, the foregoing document was served upon the following by electronic mail through the Court's CM/ECF system to the following:

Larry Selander
Rachael G. Pontikes
Duane Morris, LLP
190 South LaSalle St., Suite 3700
Chicago, IL 60603

D. Ross McCloy, Jr.
Harrison, Sale, McCloy
Thompson, Duncan & Jackson, Chtd.
P.O. Drawer 1579
Panama City, FL 32402

Frederick L. Bateman, Jr.
401 E. Virginia St.
Tallahassee, FL 32301

By:  /s/ Allegra Knopf
    Allegra Knopf, Esquire