IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**PLAINTIFF B; PLAINTIFF J;
PLAINTIFF S; and PLAINTIFF V,**

   Plaintiffs,

vs.                                           CASE NO. 5:08-cv-79/RS-AK

**JOSEPH R. FRANCIS; MRA HOLDINGS,
LLC; MANTRA FILMS, INC.; and AERO
FALCONS, LLC,**

   Defendants.
_____/

## ORDER

Before is me is Plaintiffs' Motion for Default Judgment or in the Alternative to Re-Open Discovery for the Plaintiffs and Extend the Trial Date (Doc. 323) and Defendants' Response (Doc. 328). A hearing was held on November 20, 2009, on this motion. Plaintiffs' motion is denied in part and granted in part.

Plaintiffs' motion for default judgment is denied. A default judgment is too severe a sanction under these circumstances. However, discovery is reopened until January 8, 2010, for the following limited purposes:

1)   Plaintiffs may conduct the depositions of witnesses Will L'Heareaux, John Filgo, Patti Glaser, Roy Black, Aaron Dyer, and Michael Burke.

2) Defendants' may re-take the deposition of Plaintiff B, pursuant to Magistrate Judge Kornblum's October 15, 2009, Order (Doc. 313), and may attempt to locate and depose the previous Plaintiff referred to during today's hearing.

In light of personal matters regarding one of the attorney's and his family's illnesses, jury trial is rescheduled for February 22, 2010.  Pretrial Conference is scheduled for February 12, 2010.  All motions in limine are to be filed no later than December 14, 2010.  The deadline for responses to motions in limine, the pretrial stipulation, and jury instructions is January 4, 2010.

In addition, Defendants are to pay in full Plaintiffs' attorneys fees as sanctioned by Judge Kornblum (Doc. 256) no later than 12:00 P.M. CST on December 4, 2009.  If the fees are not paid in full by noon that day, I will immediately enter judgment against Defendants for the full amount of attorneys fees owed.  Defendants shall also report no later than December 4, 2009, the status of any discovery documents they previously stated they were still in the process of searching for.

**ORDERED** on November 20, 2009.

/s/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**