# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**PLAINTIFF B, et al,**

    Plaintiffs,

vs.                                **CASE NO. 5:08cv79-RS/AK**

**JOSEPH R. FRANCIS, et al,**

    Defendants.

_____/

## O R D E R

Presently before the Court is Defendants' Emergency Motion to Compel (doc. 392), requesting relief sufficiently in advance of the deposition of Plaintiff B scheduled for January 20, 2010, as to allow inquiry into the matters raised in the phone call of January 6, 2010, and referenced in the motion. To facilitate matters, the Court herein directs Plaintiffs on or before **January 14, 2010, by 5:00 p.m. (EST)** to either (1) supplement their response to the interrogatory at issue answering all questions posed therein about the two films referenced in the phone call **OR** (2) file a response to Defendants' motion setting forth why they cannot provide all or part of the information.

**DONE AND ORDERED** this __13th__ day of January, 2010.


                                        *s/ A. KORNBLUM*
                                        **ALLAN KORNBLUM**
                                        **UNITED STATES MAGISTRATE JUDGE**