**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**PLAINTIFF B; PLAINTIFF J;**
**PLAINTIFF S; and PLAINTIFF V,**

    **Plaintiffs,**

vs.                                                                               **CASE NO. 5:08-cv-79/RS-AK**

**JOSEPH R. FRANCIS; MRA HOLDINGS,**
**LLC; MANTRA FILMS, INC.; and AERO**
**FALCONS, LLC,**

    **Defendants.**
_____/

## ORDER

Before me is Defendants' unopposed motion (Doc. 408). The relief requested by Defendants is granted.

**ORDERED** on January 29, 2010.

                                              **/s/ Richard Smoak**
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**