## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**PLAINTIFF B; PLAINTIFF J;**
**PLAINTIFF S; and PLAINTIFF V,**

    **Plaintiffs,**

**vs.**                                                   **CASE NO. 5:08-cv-79/RS-AK**

**JOSEPH R. FRANCIS; MRA HOLDINGS,**
**LLC; MANTRA FILMS, INC.; and AERO**
**FALCONS, LLC,**

    **Defendants.**
_____/

## ORDER

Pursuant to Fed. R. Evid. 412(c)(2), a hearing in camera on Defendants'

motion to admit evidence pursuant to Rule 412 is scheduled for February 12, 2010,

at 10:30 A.M. in Panama City, Florida.

**ORDERED** on February 9, 2010.

                                        **/s/ Richard Smoak**
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**