IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**PLAINTIFF B; PLAINTIFF J;
PLAINTIFF S; and PLAINTIFF V,**

    Plaintiffs,

vs.                               CASE NO. 5:08-cv-79/RS-AK

**JOSEPH R. FRANCIS; MRA HOLDINGS,
LLC; MANTRA FILMS, INC.; and AERO
FALCONS, LLC,**

    **Defendants.**
_____/

## ORDER

Before me is Defendant Francis' response to the Order to show cause (Doc. 488) dated April 21, 2010. (Doc. 490.) Defendants Mantra, Aero Falcons, and MRA Holdings shall cause new counsel to file a notice of appearance not later than June 10, 2010. A corporation must be represented by counsel and cannot proceed pro se. *Palazzo v. Gulf Oil Corp.,* 764 F. 2d 1381, 1385 (11th Cir. 1985). Defendant corporations' failure to appear by counsel by June 10, 2010, will result in a default judgment against Defendants. *See Grace v. Bank Leumi Trust Co. of NY*, 443 F.3d 180, 192 (2d Cir. 2006). Defendant Francis shall file either a notice of intent to proceed pro se or notice of appearance of new counsel not later than June 10, 2010.

Defendants shall immediately advise their new counsel that this case will be scheduled for jury trial during the third or fourth week of the first calendar month following the date a decision is rendered by the Eleventh Circuit on Plaintiffs' appeal. Trial will not be continued in the event Defendants fail to cause the appearance of new counsel as required by this Order.

**ORDERED** on May 11, 2010.

                                            **/s/ Richard Smoak**
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**