**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

PLAINTIFF B; PLAINTIFF J;
PLAINTIFF S; and PLAINTIFF V,

    Plaintiffs,

vs.                                        CASE NO. 5:08cv79/RS-AK

JOSEPH R. FRANCIS; MRA HOLDINGS,
LLC; MANTRA FILMS, INC.; and
AERO FALCONS, LLC,

    Defendants.
_____/

## ORDER

The relief requested by Joseph R. Francis' Second Motion To [Sic] Additional Time To Secure Counsel (Doc. 499) is **granted**.

**ORDERED** on June 11, 2010.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK
                                          UNITED STATES DISTRICT JUDGE**