# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION


**PLAINTIFF B; PLAINTIFF J;**
**PLAINTIFF S; and PLAINTIFF V,**

      **Plaintiffs,**

**vs.**                    **CASE NO. 5:08-cv-79/RS-AK**

**JOSEPH R. FRANCIS; MRA HOLDINGS,**
**LLC; MANTRA FILMS, INC.; and AERO**
**FALCONS, LLC,**

      **Defendants.**
_____/

## ORDER

      Plaintiffs' motion for default judgment (Doc. 512) is denied.


**ORDERED** on October 6, 2010.


                    **/s/ Richard Smoak**
                    **RICHARD SMOAK**
                    **UNITED STATES DISTRICT JUDGE**