IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**PLAINTIFF B; PLAINTIFF J;
PLAINTIFF S; and PLAINTIFF V,**

    Plaintiffs,

vs.                                                            CASE NO. 5:08-cv-79/RS-AK

**JOSEPH R. FRANCIS; MRA HOLDINGS,
LLC; MANTRA FILMS, INC.; and AERO
FALCONS, LLC,**

    Defendants.
_____/

## **ORDER**

    Before me is the opinion of the Eleventh Circuit. *Plaintiff B v. Francis*, 2011 WL 294272 (11th Cir. 2011).

    This case is scheduled for jury trial on March 28, 2011, at 8:30 A.M. in Panama City, Florida. Pretrial conference is scheduled for March 15, 2011, at 10:00 A.M. The parties shall file their proposed jury instructions and verdict forms, pretrial stipulation, trial briefs, and any motions in limine not later than March 7, 2011. Responses to any motions in limine shall be filed not later than March 11, 2011, at 12:00 P.M. C.S.T.

**ORDERED** on February 25, 2011.

                                           /s/ Richard Smoak
                                           **RICHARD SMOAK
                                           UNITED STATES DISTRICT JUDGE**