UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

PANAMA CITY DIVISION

PLAINTIFF B; PLAINTIFF J; PLAINTIFF S;    CASE NO.: 5:08-cv-79/RS-GRJ
and PLAINTIFF V,

    Plaintiffs,

vs.

JOSEPH R. FRANCIS; MRA HOLDINGS,
LLC; MANTRA FILMS, INC.; AND AERO
FALCONS, LLC,

    Defendants.

_____

## DECLARATION OF JOSEPH R. FRANCIS

I, Joseph R. Francis, declare as follows:

1.    I am a Defendant in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.    I was unaware that the Court had granted my former counsel's motion to withdraw (which was done on January 18, 2011) until sometime in or about mid-February 2011.

3.    Since becoming aware that the motion had been granted and that I was unrepresented by counsel, I have been earnestly searching for and attempting to retain new

counsel. In connection with these efforts, I have been in contact, either personally or through my representatives, with dozens of attorneys and/or law firms over the past few weeks.

4.      My efforts to retain new counsel have been further complicated by the fact that Frederick Bateman of Bateman Harden, my former counsel, has continually refused to turn over the case file pertaining to this action, despite the fact that Mr. Bateman was paid in full for his services under a flat fee agreement.

5.      Despite my considerable efforts to retain new counsel, I have not yet finalized new representation. I am currently in the process of finalizing such representation, and I expect to have new counsel make an appearance in this action shortly.

6.      In light of my failure to formally secure counsel, however, I intend to proceed with this action *pro se* without legal representation. I will proceed *pro se* until I am successful in securing new counsel, at which point I will have my new counsel file a Notice of Appearance in this action.

7.      I fully expect to secure new counsel prior to the jury trial in this action, currently scheduled for March 28, 2011. However, in the event I cannot retain new counsel prior to March 28, 2011, I am fully prepared to proceed *pro se*.

      ///

      ///

      ///

      ///

      ///

      ///

      ///

8. It is my understanding that the Court has ordered me to show cause on or before March 21, 2011 at 1:00 p.m. why the Court should not enter a Default Judgment against me. Given the fact that: (a) I have been tirelessly searching for and trying to secure new counsel; (b) I am currently finalizing the arrangements for new counsel; and (c) I intend to proceed *pro se* now and until my new legal representation has been finalized and my new counsel has made an appearance, I request that the Court not enter a Default Judgment against me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this _21_ day of _March_, _2011_, at Los Angeles, California.

_____
Joseph R. Francis