IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PLAINTIFF B; PLAINTIFF J;
PLAINTIFF S; and PLAINTIFF V,

    Plaintiffs,

vs.                                  CASE NO. 5:08-cv-79/RS-GRJ

JOSEPH R. FRANCIS; MRA HOLDINGS,
LLC; MANTRA FILMS, INC.; and AERO
FALCONS, LLC,

    Defendants.
_____/

## ORDER

An evidentiary hearing is scheduled on March 25, 2011, at 1:30 P.M. C.D.T. in Panama City, Florida, on the allegations of paragraph 4 of Defendant's declaration (Doc. 561). Defendant Francis and Attorney Frederick Bateman are required to attend the hearing in person. Failure to appear at the hearing may result in the finding that Defendant has failed to show cause as required by the order dated March 15, 2011 (Doc. 553), and may result in a default judgment against Defendant Francis.

**ORDERED** on March 21, 2011.

                                                       **/s/ Richard Smoak**
                                                       **RICHARD SMOAK**
                                                       **UNITED STATES DISTRICT JUDGE**