IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| PLAINTIFF B, PLAINTIFF J, PLAINTIFF S, and PLAINTIFF V, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>vs<br><br>JOSEPH R. FRANCIS; MRA HOLDINGS, LLC, a California limited liability company; MANTRA FILMS, INC., an Oklahoma corporation (d/b/a "Girls Gone Wild"); and AERO FALCONS, LLC, a Delaware limited liability company,<br><br>     Defendants. | Case No.: 5:08cv79/RS-GRJ |

PLAINTIFFS' RESPONSE TO DECLARATION OF
JOSEPH R. FRANCIS

  Plaintiffs, through counsel, respond to the Declaration of Joseph R. Francis which is in itself a response to the Court's Order to Show Cause (Doc. 553) by noting that Defendant FRANCIS never addresses his failure to appear at the Pretrial Conference as required by this Court's Order dated May 22, 2009 (Doc. 158) and, as such, a default judgment should be entered against FRANCIS individually.  Moreover, Defendant FRANCIS' claim of complications relative to prior counsel's "refusal" to turn over the case file was known to FRANCIS and/or his counsel as of October 15, 2010 (see

Bateman Harden, P.A. v. Joseph R. Francis, et al., United States District Court, Northern District of Florida, Case No. 4:10-cv-00136-SPM-WCS, Doc. No. 24). According to FRANCIS' counsel of record at the time the file materials were not refused but have always been available to Defendant FRANCIS; all FRANCIS was required to do was to pay for the costs to copy the same (See f.n. 1 of Doc. 24, previously described, and Doc. 24-1, the Declaration of Christopher R. Pantel, prior counsel for the Defendants). The fact that Defendant FRANCIS does not have his file, or a copy of his file, did not prevent him from appearing at the Pretrial Conference on March 15, 2011.

To the extent that Defendant FRANCIS' Declaration is viewed by the Court as a renewed motion for continuance in some fashion, the Plaintiffs would strongly oppose such a motion given the numerous previous Orders of this Court and the need to resolve this matter now.

s/D. Ross McCloy, Jr.
D. Ross McCloy, Jr.
Florida Bar No. 0262943
Robert A. Fleming, III
Florida Bar No. 0016534
Harrison Sale McCloy
Post Office Drawer 1579
Panama City, FL 32402
(850) 769-3434
Fax: (850) 769-6121

and

Larry Selander
Thomas G. Dent
Rachael G. Pontikes
Duane Morris LLP
190 South LaSalle Street, Suite 3700
Chicago, IL 60603
(312) 499-6700
Fax: (312) 499-6701

and

Wayne A. Mack
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1000
Fax: (215) 979-1020
ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by facsimile and regular U. S. Mail to Joseph R. Francis, MRA Holding LLC, Mantra Films, Inc., and Aero Falcons, LLC, 1601 Cloverfield Blvd., Suite 420 South, Santa Monica, CA 90404, this 21st day of March, 2011.

s/D. Ross McCloy, Jr.
D. Ross McCloy, Jr.