UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

PANAMA CITY DIVISION


PLAINTIFF B; PLAINTIFF J; PLAINTIFF S;      CASE NO.: 5:08-cv-79/RS-GRJ
and PLAINTIFF V,

        Plaintiffs,

vs.

JOSEPH R. FRANCIS; MRA HOLDINGS,
LLC; MANTRA FILMS, INC.; AND AERO
FALCONS, LLC,

        Defendants.

---

## DECLARATION OF JOSEPH R. FRANCIS

I, Joseph R. Francis, declare as follows:

    1.     I am a Defendant in the above-captioned action.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

    2.     Attached hereto as Exhibit "A" is a true and correct copy of the Retainer Agreement (the "Agreement") between Mantra Films, Inc. ("Mantra") and Bateman Harden, dated February 5, 2009, and signed by Frederick Bateman on behalf of Bateman Harden. Pursuant to the third full paragraph of the Agreement, Bateman Harden agreed to perform the services contemplated thereunder for "a flat non-refundable attorney fee of $200,000.00,

assuming the case is tried as scheduled in July." This is the only retainer agreement between Defendants and Bateman Harden.

3.    Attached hereto as Exhibit "B" are true and correct copies of various financial documents evidencing Mantra's full satisfaction of the amount due to Bateman Harden under the Agreement, including payment of a total of $288,307.76 between February and September of 2009.

4.    As reflected in Exhibit "B," because the case did not go to trial in July of 2009, the parties mutually agreed that Mantra would pay Bateman Harden an additional sum of $50,000.00. As the documents demonstrate, Mantra did indeed pay Bateman Harden that $50,000 sum, which along with the other monies paid to Bateman Harden, fully satisfied Mantra's payment obligations under the Agreement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this __22__ day of __March__, __2011__, at Los Angeles, California.

_____
Joseph R. Francis

# EXHIBIT "A"

# BATEMAN HARDEN

### ATTORNEYS AT LAW

201 SOUTH MONROE STREET, 5TH FLOOR
TALLAHASSEE, FLORIDA 32301
(850) 222-1020
FAX: (850) 222-1521

CERTAIN ATTORNEYS ADMITTED IN
GEORGIA AND TEXAS

February 5, 2009

**Confidential: Pursuant To Attorney-Client/Work Product Privileges**

Mr. Joseph R. Francis
Mantra Films, Inc.
1601 Cloverfield Boulevard
Suite 420 South
Santa Monica, California 90404

RE:   **Retainer Agreement – Plaintiff B, et. al. v Joseph R. Francis, et. al, Case No. 08C79**

Dear Mr. Francis:

This seeks to confirm your retention of the law firm of Bateman Harden to defend you in this matter. The attorneys and staff of Bateman Harden appreciate the opportunity. The firm has agreed to serve as your counsel based upon the representation that the court has refused to certify the class requested in the Amended Complaint – Class Action filed therein.

Our profession requires that we set forth the details of any new representation in writing, so that our clients will understand the nature, terms, and scope of the representation. While this letter ("Retainer Agreement") may, therefore, seem a bit formalistic, it is necessary to communicate the information to which you are entitled.

By executing this document, you have agreed for Bateman Harden to represent you in regard to defending the lawsuit in this matter. You have agreed to pay a flat non-refundable attorney fee of $200,000.00, assuming the case is tried as scheduled in July. If the trial is delayed, a counter claim is required, a class ultimately certified, or any appeal is taken, the fee will increase and we will discuss a new fee arrangement. The $200,000.00 non-refundable payment shall be paid by wiring $50,000.00 to the firm account today, $50,000.00 to the firm account on February 26, 2009, $50,000.00 to the firm account on March 19, 2009, and $50,000.00 to the firm account on April 9, 2009. These payments shall be made on the dates referenced, but it is understood that the $200,000.00 is a flat fee due for the undertaking of this representation and is not modifiable for any reason including termination of this representation by the client. If any of these payments are not wired and received on the referenced date, you agree and

consent to the withdrawal of our firm from this representation. An invoice will be provided by e-mail to Guy Aulabaugh five days prior to the scheduled payments.

In addition to these fees for our legal services, we will also charge separately for travel costs and expense disbursements, including messenger, courier and other communication costs; long distance telephone and facsimile charges; document reproduction; transcripts; expert witnesses; secretarial overtime when required by the matter's emergency timing; on-line computer research facilities such as Westlaw and/or Lexis, all of which will be carried as expenses. All air travel will be booked as first-class passage on commercial air carriers.

In the event that you do not make payment and collection proceedings must be instituted, Bateman Harden will be entitled to receive an award of a reasonable attorney's fee incidental to the collection proceedings.

Please let me know if you have any questions, comments, or concerns with respect to the foregoing at your earliest convenience.  If there are none and we have accurately described the terms of the legal services you requested in this Retainer Agreement, please execute both originals of this Retainer Agreement returning one original for our records and keeping one original for your records.  When we receive this Retainer Agreement executed by you, and the referenced fee payment, we will regard our attorney-client relationship confirmed.

We are grateful for this opportunity to serve you and look forward to working with you to resolve this matter.

Very truly yours,
BATEMAN HARDEN

Frederick L. Bateman, Jr.

By: _____
Joseph R. Francis, Individually, as President of Mantra Films, Inc.;
as President of Mantra Films, Inc., the Managing Member of
MRA Holdings, LLC; and, as Managing Member of Aero Falcons, LLC

Dated: 2/5/09

# EXHIBIT "B"

Bateman Harden Accounting Summary

| | Date | Amount | Type | Comments |
|---|---|---|---|---|
| 1. | 2/6/2009 | $50,000.00 | Wire Transfer | Retainer (First Installment) |
| 2. | 2/26/2009 | $50,000.00 | Wire Transfer | Retainer (Second Installment) |
| 3. | 3/20/2009 | $50,000.00 | Wire Transfer | Retainer (Third Installment) |
| 4. | 4/9/2009 | $50,000.00 | Wire Transfer | Retainer (Final Installment) |
| 5. | 5/15/2009 | $15,000.00 | Wire Transfer | Expense Reimbursement Mar-May 2009 |
| 6. | 5/19/2009 | $10,000.00 | Wire Transfer | Expense Reimbursement Mar-May 2009 |
| 7. | 6/12/20009 | $1,494.52 | Wire Transfer | Expense – Transcripts |
| 8. | 7/15/2009 | $3,106.44 | Check # | Expense - Transcripts |
| 9. | 7/22/2009 | $1,134.54 | Check # | Expense Report – Panama City |
| 10. | 8/14/2009 | $7,572.26 | Check # | Expense |
| 11. | 9/22/2009 | $50,000.00 | Check # | Extra payment due to trial extension |

**REDACTED**

**Total Payments:        $288,307.76**

WaMu

**OUTGOING WIRE TRANSFER NOTICE**

PO BOX 660022
DALLAS, TX 75266-0022

4459

MANTRA FILMS INC
(GENERAL ACCOUNT)
1601 CLOVERFIELD BLVD STE 420S
SANTA MONICA CA 90404-4086

Dear Valued Customer:

We are writing today to let you know that the following transaction(s) have posted to your account.

Transaction Date:                          02/06/2009
Account Number:                                                    **REDACTED**
PC Initiated Outgoing Wire:                $50,000.00

Transaction Reference Number:
Fed Reference:

Beneficiary:                               Bateman Harden
Sender or Receiver ABA:
Sender Reference:

By order of /Originating Party:            MANTRA FILMS INC

If you have questions, please call us at 1-800-788-7000. We're here 24 hours a day, seven days a week, and our goal is to provide you with the best customer service possible.

Thanks for banking with Washington Mutual, a division of JPMorgan Chase Bank, N.A.

FDIC Insured

COLR9465 7782 0410 NWGR   67 0V0207 PAGE 00001 OF 00001 WIREXFR 00004659

CS90009A 00003563

**OUTGOING WIRE TRANSFER NOTICE**

PO BOX 660022
DALLAS, TX 75266-0022

4781

MANTRA FILMS INC
(GENERAL ACCOUNT)
1601 CLOVERFIELD BLVD STE 4205
SANTA MONICA CA 90404-4086

Dear Valued Customer:

We are writing today to let you know that the following transaction(s) have posted to your account.

Transaction Date:                              02/26/2009                    **REDACTED**
Account Number:
PC Initiated Outgoing Wire:          $50,000.00

Transaction Reference Number:
Fed Reference:

Beneficiary:                                      Bateman Harden PA
Originator to Beneficiary Information:   Retainer

Sender or Receiver ABA:
Sender Reference:

By order of /Originating Party:         MANTRA FILMS INC

If you have questions, please call us at 1-800-788-7000. We're here 24 hours a day, seven days a week, and our goal is to provide you with the best customer service possible.

Thanks for banking with Washington Mutual, a division of JPMorgan Chase Bank, N.A.

FDIC Insured

OUTGOING WIRE TRANSFER NOTICE

PO BOX 660022
DALLAS, TX 75266-0022

<482

MANTRA FILMS INC
(GENERAL ACCOUNT)
1601 CLOVERFIELD BLVD STE 4205
SANTA MONICA CA 90404-4086

Dear Valued Customer:

We are writing today to let you know that the following transaction(s) have posted to your account.

| | | |
|---|---|---|
| Transaction Date: | 03/20/2009 | **REDACTED** |
| Account Number: | | |
| PC Initiated Outgoing Wire: | $50,000.00 | |

Transaction Reference Number:
Fed Reference:

Beneficiary:                          Bateman Harden PA
Sender or Receiver ABA:
Sender Reference:

By order of /Originating Party:       MANTRA FILMS INC

If you have questions, please call us at 1-800-788-7000. We're here 24 hours a day, seven days a week, and our goal is to provide you with the best customer service possible.

Thanks for banking with Washington Mutual, a division of JPMorgan Chase Bank, N.A.

FDIC Insured

COLR06485 7762 0013 NWBR   07 090321 PAGE 00001 OF 00001 WIREXFR 09006482                CSS0008A 00003601

2011-03-21 15:00          >> 0448110807922700    P 1/3

# CHASE ◯

SENDER'S
ID:
TRAN
REF#:

**REDACTED**

SYS MESSAGE ENVELOPE       (BANK: 002 )

SND DATE: 09/04/09

| | | | |
|---|---|---|---|
| SRC: | DLB | CALLER: | |
| RPT#: | | AMT: | 50,000.00 / USD |
| TYP: | FTR/ 1000 | FNDS: | S |
| DB: | Y | CR: | Y |
| COM: | N | CBL: | N |
| FED IMAD: | | FED OMAD: | |

DBT:       CDT:       ADV:
           Fedwire

DEBIT VAL:      CREDIT VAL: 09/04/09
09/04/09

MANTRA FILMS    CAPITAL CITY BANK
INC

1601
CLOVERFIELD    TALLAHASSEE, FL
BLVD STE 420S
SANTA MONICA
CA 90404

SEND: /       INTER BK: /

SNDR REF
NUM:

ORDERING
BANK: /      BNF BANK: /

ORIG: /       BNF: /

Mantra Films,    BATEMAN HARDEN, PA
Inc
1601 Cloverfield
Blvd Ste 420S,
San
ta Monica, CA,
90404

BEN TO BNK    ORIG TO BNF INFO: FINAL PYMT
INFO:        FOR RETAINER

# CHASE 

SENDER'S
ID:
TRAN
REF#:                                                    **REDACTED**

---

**MESSAGE ENVELOPE**              (BANK: 002 )

                                   SND DATE: 09/05/15

| SRC: | OLB | CALLER: | |
|---|---|---|---|
| RPT#: | | AMT: | 15,000.00 / USD |
| TYP: | FTR/ 1000 | FNDS: | S |
| DB: | Y | CD: | Y |
| COM: | N | CBL: | N |
| FED IMAD: | | FED OMAD: | |

DBT:                    COT:                    ADV:
                        Fedwire

DEBIT VAL:              CREDIT VAL: 09/05/15
09/05/15

MANTRA FILMS           CAPITAL CITY BANK
INC
1601                   TALLAHASSEE, FL
CLOVERFIELD
BLVD STE 420S
SANTA
MONICA CA
90404

SEND: /                INTER BK: /

SNDR REF
NUM:

ORDERING               BNF BANK: /
BANK: /

ORIG: /                BNF: /

Mantra Films,          Bateman Harden, P.A
Inc
1601
Cloverfield Blvd
Ste 420S, San
ta Monica, CA,
90404

BEN TO BNK             ORIG TO BNF INFO: Partial May
INFO:                  14 fees

2011-03-21 15:01                                    >> 0448110807922700    P 3/3

# CHASE ○

SENDER'S
ID:
TRAN
REF#:                                                          **REDACTED**

---

.... MESSAGE ENVELOPE                    (BANK: 002 )
....                                     SND DATE: 09/05/19

SRC:    OLB      CALLER:
RPT#:            AMT:     10,000.00 / USD
TYP:    FTR/     FNDS:    S
        1000
DB:     Y        CD:      Y
COM:    N        CBL:     N
FED              FED
IMAD:            OMAD:

---

DBT:             CDT:            ADV:
                 Fedwire
DEBIT VAL:       CREDIT VAL: 09/05/19
09/05/19
MANTRA FILMS     CAPITAL CITY BANK
INC
1601
CLOVERFIELD      TALLAHASSEE, FL
BLVD STE 420S
SANTA MONICA
CA 90404


SEND: /          INTER BK: /

SNDR REF
NUM:

ORDERING         BNF BANK: /
BANK: /


ORIG: /          BNF: /

Mantra Films,    Bateman Harden, P.A
Inc
1601 Cloverfield
Blvd Ste 420S,
San
ta Monica, CA,
90404

BEN TO BNK       ORIG TO BNF INFO: Additional
INFO:            Payment May 14 fees

 **WaMu**        REDACTED        **Transaction Receipt**

#

Client: Mantra Films, Inc
User: Cory Vestal
Time Stamp: 6/12/2009 5:45:12 PM
Service: ApproveWire

Additional Information

Wire ID:
Beneficiary Name: Bateman Harden, P.A
Beneficiary Info:
Amount: 1494.52

To Print this Receipt, Use the Print
Functionality of Your Browser.

Items are credited subject to verification, collection, and conditions of the Rules and Regulations of this Bank and as otherwise provided by
law. Payments are accepted when credit is applied to outstanding balances and not upon issuance of this receipt. Transactions received
after the Bank's posted cut-off time or Saturday, Sunday, and bank holidays, are considered received as of the next business day.

# REDACTED

| System: | 3/21/2011 | 1:36:25 PM | Mantra Films, Inc. | | Page: | 1 |
|---|---|---|---|---|---|---|
| User Date: 3/21/2011 | | | CHECKBOOK REGISTER REPORT | | User ID: | kenny |
| | | | Bank Reconciliation | | | |

| Ranges: | From: | To: | | From: | To: |
|---|---|---|---|---|---|
| Checkbook ID | | | Number | | |
| Description | Chase Acct# | Chase Acct# | Date | First | Last |
| User-Defined 1 | | | Type | First | Last |

Sorted By:   Number
Include Trx:   Reconciled, Unreconciled, Voided

* Voided transaction   ^ Cleared amount is different than posted amount

| Checkbook ID | Description | | | User-Defined 1 | Current Balance | | |
|---|---|---|---|---|---|---|---|
| Number | Date | Type | Paid To/Rcvd From | Reconciled | Origin | Payment | Deposit |
| | Chase Acct# | | | | | | |
| | 7/9/2009 | CHK | Bateman Harden PA | Yes | | $3,106.44 | |

1  Transaction(s)

1  Total Transaction(s)

Deposit accounts now held by JPMorgan Chase Bank, N. A.

This Statement Covers

Account Number:

From: 07/01/09
Through: 07/31/09

| | Checks Paid | | | | | |
|---|---|---|---|---|---|---|
| Check Number | Amount | Date | Check Number | | Amount | Date |

**REDACTED**

*indicates check out of sequence

Deposits are FDIC Insured

X

## REDACTED

| System: | 3/21/2011 | 1:40:36 PM | | Mantra Films, Inc. | | | Page: | 1 |
| User Date: | 3/21/2011 | | | CHECKBOOK REGISTER REPORT | | | User ID: | kenny |
| | | | | Bank Reconciliation | | | | |

| Ranges: | From: | | To: | | | | From: | | To: |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Checkbook ID | | | | | | Number | | | |
| Description | Chase Acct#. | | Chase Acct# | | | Date | First | | Last |
| User-Defined 1 | | | | | | Type | First | | Last |

Sorted By:   Number
Include Trx:  Reconciled, Unreconciled, Voided

* Voided transaction   ^ Cleared amount is different than posted amount

| Checkbook ID | Description | | | User-Defined 1 | | Current Balance | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Number | Date | Type | Paid To/Rcvd From | Reconciled | Origin | | Payment | Deposit |
| | Chase Acct# | | | | | | | |
| | 7/16/2009 | CHK | Bateman Harden PA | Yes | | | $1,134.54 | |

1  Transaction(s)

1  Total Transaction(s)

Deposit accounts now held by JPMorgan Chase Bank, N.A.

This Statement Covers
Account Number:
From: 07/01/09
Through: 07/31/09

| Checks Paid | | | | | |
|---|---|---|---|---|---|
| Check Number | Amount | Date | Check Number | Amount | Date |

**REDACTED**



*Indicates check out of sequence

Deposits are FDIC Insured
EQUAL HOUSING LENDER

x

# REDACTED

```
System:   3/21/2011   1:41:00 PM                    Mantra Films, Inc.                      Page:    1
User Date: 3/21/2011                              CHECKBOOK REGISTER REPORT                  User ID: kenny
                                                    Bank Reconciliation

Ranges:          From:                  To:                        From:              To:
  Checkbook ID                                             Number
  Description    Chase Acct#            Chase Acct#         Date    First             Last
  User-Defined 1                                           Type    First             Last

Sorted By:     Number
Include Trx:  Reconciled, Unreconciled, Voided

* Voided transaction  ^ Cleared amount is different than posted amount
```

| Checkbook ID | Description | | User-Defined 1 | Current Balance | |
|---|---|---|---|---|---|
| Number | Date | Type | Paid To/Rcvd From | Reconciled Origin | Payment | Deposit |

```
              Chase Acct#
              8/11/2009   CHK   Bateman Harden PA        Yes              $7,572.26

       1  Transaction(s)

       1  Total Transaction(s)
```

Deposit accounts now held by JPMorgan Chase Bank, N.A.

Account Number: This Statement Covers
From: 08/01/09
Through: 08/31/09

| Checks Paid | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Check Number | | Amount | Date | Check Number | | Amount | Date |

**REDACTED**

*Indicates check out of sequence

As of the statement end date, the fee for any Non-Sufficient Funds transaction, whether paid or returned, was $33.00 per transaction.

Deposits are FDIC Insured

REDACTED



14683

MANTRA FILMS INC.

| Vendor | Name |
|---|---|
| 59 | Bateman Harden PA |

| Our Voucher Number | Date | Amount | Payment Number | Amount Paid | Check Date | Discount | Document Number | Net Amount Paid |
|---|---|---|---|---|---|---|---|---|
|  | 9/23/2009 | $50,000.00 |  | $50,000.00 | 9/23/2009 | $0.00 |  | $50,000.00 |
|  |  | $50,000.00 |  | $50,000.00 |  | $0.00 |  | $50,000.00 |

DELUXE.com   1-800-328-0304   www.deluxeforms.com