# United States District Court
## CIVIL MINUTES - TRIAL

Case No. 5:08cv79-RSDate: March 28, 2011
　　　　PLAINTIFF B et al v. FRANCIS et al

PROCEEDINGS:Attorney Conference & Jury Selection Held: **3/28/11**

PRESENT:HON. **RICHARD SMOAK**, Presiding Judge

| Kristin Cowdell | Lisa Jones |
|---|---|
| Deputy Clerk | Court Reporter |

**Attorneys present for Plaintiff****Attorney present for Defendant**
Dixon Ross McCloy, Jr. (RM)William Bubsey (WB) for Attorney Conf. only
Rachael Pontikes (RP)Joseph Francis (JF)
Robert Fleming (RF)
Thomas Dent (TD)
Larry Selander (LS)**Also present at Attorney Conference**
Franklin Harrison (FH)Frederick Bateman (FB)

_____ Case called and continued to _____.
_____ COURT TRIAL
✖ JURY TRIAL (Selection Only)

*\*\* Minutes for entire trial will be posted upon completion of trial \*\**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CIVIL MINUTES

JUDGE RICHARD SMOAK
Kristin Cowdell, Courtroom Deputy
Lisa Jones, Court Reporter

Case:
Legend:	Pla	Dixon Ross McCloy (RM), Rachael Pontikes (RP), Robert Fleming (RF), Thomas Dent (TD), Larry Selander (LS), Franklin Harrison (FH)
	Dft	William Bubsey (WB) - at attorney conference only; Joseph Francis (JF) - pro se

**DATE**
**March 28, 2011       MONDAY**
**TIME**

9:14   Attorney Conference
- Plaintiffs are ready to proceed to trial. (RM)
- Mr. Francis is not present because his flight was delayed in Atlanta. He should be in Panama City by 10:30 A.M. today. (WB)
- Defendant requests that trial be continued a few weeks to allow new counsel to review depositions and case documents. (WB)
- Discussion re: no one requesting copies of case file to date. (FB)
- Discussion re: possibility of a default judgment being entered against Mr. Francis for failure to appear at the pretrial conference. (WB)
- Discussion re: the pros and cons of continuing the trial. (WB)(RM)
- <u>Court</u>: the potential jurors will be released until 1:00 P.M. to give Mr. Bubsey a chance to talk to Mr. Francis about retaining him for the trial. Counsel should begin to review the juror questionnaires.
- Mr. Bateman has the case files available for copying. (FB)
- <u>Court</u>: Mr. Bateman is excused.
- Mr. Bubsey and Mr. McCoy are due in Judge's chambers shortly before noon.
- Jury selection will begin at 1:00 P.M.
- 8 jurors will be selected.

9:51   Conference in Recess

11:13  Attorney Conference Resumes
- Defendant would like to proceed pro se, but has asked Mr. Bubsey to make a few motions on his behalf. (WB)
- Defendant would like the default judgment against the corporations reconsidered by the Court. Also, defendant requests that the Court withdraw the Order allowing Mr. Bateman to withdraw as counsel. He would also like Mr. Bateman to be ordered to hand over his file to the Defendant. (WB)
- <u>Court</u>: Florida law provides that the file must be made available for copying by new counsel. Previously, Mr. Bateman stated that the file is available for copying.
- Plaintiffs respond to Defendant's request to set aside the defaults on the corporations. (RM)
- Plaintiffs request that default judgment be entered against Mr. Francis individually, because of his failure to appear at the pretrial conference.
- <u>Court</u>: Motion to set aside default judgments against the corporations is denied. Court will continue to consider the Plaintiffs' motion to enter default judgment against Mr. Francis.
- Defendant requests from Court a recap of this morning's conference. Defendant renews his motion to withdraw the Order allowing Mr. Bateman to withdraw as counsel. (JF)
- <u>Court</u>: Defendant's motions are denied.
- 8 jurors will be selected.
- Discussion re: voir dire.
- Each side will have 3 peremptories.
- Defendant makes a motion for Court to order Mr. Bateman to turn over original video tape evidence

- to Defendant. (JF)
- Defendant objects to Plaintiffs' Motion [580]. (JF)(RP)
- <u>Court</u>: the public will not be present in the courtroom while any of the 4 Plaintiffs are testifying. The press will be allowed to remain in the courtroom during their testimony.
- Discussion re: clearing courtroom during playing of the video. (RP)(JF)
- <u>Court</u>: The same ruling applies. Only the press will be allowed in the courtroom during the time the videos are played.
- Motion [580] is granted by oral order.
- Discussion re: Plea agreements in the Defendant's criminal cases. (RP)(JF)
- <u>Court</u>: Before the jurors are brought in, Plaintiffs should submit to Mr. Francis the list of which defendants from the criminal cases are Plaintiffs in this case. Anyone involved in copying sensitive documents in this case must review document #88, which will be provided to counsel.
- Discussion re: 412 information. (RP)
- <u>Court</u>: There has been no motion filed re: 412 information, so this information will not be allowed in the trial.
- Defendant requests a 3 week continuance for trial. (JF)
- <u>Court</u>: Motion is denied.
- Plaintiffs know 4 of the potential jurors. (RP)
- Defendant would like these potential jurors to be present for voir dire. (JF)
- <u>Court</u>: The entire jury panel will be asked if they recognize the Plaintiffs. If anyone does recognize them, we will then question them further in private.

12:45  Court in Recess until 1:15 P.M.

12:50  Court Resumes
- <u>Court</u>: instructs counsel on how objections will be made during the trial.

12:51  Court in recess

1:42  Court in Session
      Court welcomes Jurors
1:45  Voir Dire Begun - Panel Sworn
1:51  Counsel and Defendant state their appearances and read intended witness lists. (RM)(RF)(RP)((TD)(LS)(JF)
2:00  Voir Dire
2:52  Jury in Recess for 15 minutes
3:27  Jury returns
      Voir Dire continues
5:01  Court in Recess for 10 minutes.

5:20  Court Resumes
      Jury Selection
6:06  Jurors not selected excused with the thanks of the court.