IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PLAINTIFF B et al,

vs.                                              Docket No. 5:08-cv-00079

FRANCIS et al.,

    Defendant.

## NOTICE OF APPEARANCE

COMES NOW the undersigned counsel and files herein his Notice of Appearance on behalf of the Defendant, **JOE FRANCIS individually and no other Defendants.**

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance has been furnished to Ross McCloy, Jr. and Robert A. Fleming, 304 Magnolia Ave., Panama City, FL 32401; Rachel G. Pontikes, Thomas Dent, and Larry Selander 190 South Lasalle St. Ste 3700, Chicago, Illinois; Wayne Audrey Mack,, 30 South 17th Street, Philadelphia, PA, 19103; Daniel I Small, 200 S. Biscayne Blvd Ste 3400, Miami, FL 33131; and Charles E. Coble, 150 Fayetteville Street STE 1600, Raleigh, NC 27602 via facsimile this 31st day of March, 2011.

Respectfully Submitted,

Rachel Seaton-Virga
Florida Bar No.: 0018347
Gerard Virga, Jr.
Florida Bar No.: 0873071
Virga Law Offices, P.A.
231 E. 4th Street

Panama City, FL  32401
(850) 215-2524
ATTORNEYS FOR JOE FRANCIS,
INDIVIDUALLY