IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**Plaintiff B**, **Plaintiff J**, **Plaintiff S**, )
and **Plaintiff V**, )
)
Plaintiffs, )
)
v. )    **Case No.  5:08 cv 79-RS-GRJ**
)
**JOSEPH R. FRANCIS**; **MRA HOLDINGS, LLC**, )
**MANTRA FILMS INC.**, and **AERO FALCONS**, )
**LLC**, )
)
Defendants.

**ORDER**

**IT IS ORDERED:**

1.  The parties to this action shall not make public comments regarding the Plaintiffs' sexual history or make sexual characterizations regarding the Plaintiffs.  This order also applies to the parties' counsel, agents, representatives, advisors, handlers, support staff, and entities controlled by Defendants.

2.  The parties shall not disclose publicly Plaintiffs' "identifying information" as that phrase is defined in this Court's Protective Order Governing "Identifying Information" (Doc. 88).

3.  Violation of this Order will result in the imposition of sanctions, which could include a fine, exclusion of evidence, entry of default, or incarceration.

**ORDERED** on April 5, 2011.

        **/S/ Richard Smoak**
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**