# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

PLAINTIFF B; PLAINTIFF J; PLAINTIFF S; and PLAINTIFF V

     VS                                             CASE NO.  5:08cv79-RS/GRJ

JOSEPH R FRANCIS; MRA HOLDINGS LLC, a California limited liability company; MANTRA FILMS INC.; an Oklahoma Corporation d/b/a Girls Gone Wild; and AERO FALCONS LLC, a Delaware limited liability company

## JUDGMENT

      This action came before the Court and a jury with the Honorable Richard Smoak presiding. The issues have been tried and the jury has rendered its verdict.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Defendants, Joseph R. Francis, MRA Holdings, Mantra Films Inc., and Aero Falcons LLC, and against the Plaintiffs, B, J, S & V.

                                                   JESSICA J. LYUBLANOVITS
                                                   CLERK OF COURT

 April 11, 2011                           *s/ Kristin Cowdell*
DATE                                          Deputy Clerk: Kristin Cowdell